AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.:<br>2:24-mj-02312 | Date and time warrant executed:<br>23 April 2024 a/a 1000 hrs | Copy of warrant and inventory left with:<br>Subject/premise uninhabited |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>None | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 23 April 2024

_Executing officer's signature_

SA R. E. Roberts  HSI

_Printed name and title_